Eastern District of Kentucky
FILED
NOV 20 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO.** 6:26-cr-132-SCM

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **NOTICE BY UNITED STATES REGARDING RELATED PROSECUTIONS**

**DARIN SUMNER and**
**JULIE SUMNER** **DEFENDANTS**

* * * * *

This criminal action is related to the case of *United States v. Franklin D. Campbell*, 25-CR-00094, which is assigned to Judge Meredith.

Respectfully submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: [signature]
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
andrew.trimble@usdoj.gov